JAMES M. BRADEN (SBN 102397)
LAW OFFICES OF JAMES M. BRADEN
44 MONTGOMERY STREET, SUITE 1210
SAN FRANCISCO, CA 94104

TELEPHONE: (415) 398-6865
FACSIMILE: (415) 788-5605
EMAIL: braden@sf-lawyer.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. AUSTIN, an individual; FURAMA LOS ANGELES, INC., a California corporation; and DRAGON CHARM, a Delaware Limited Liability Company,<br><br>                Plaintiffs,<br>v.<br><br>GRAHAM TAYLOR, ESQ.; DEWEY LEBOEUF LIQUIDATING TRUST,: AS SUCCESSOR TO DEWEY LEBOEUF, (AS SUCCESSOR TO LEBOEUF LAMB, TOGETHER WITH ALL PARTNERS OF SAID LAW FIRM (AND ASSOCIATES) (COLLECTIVELY "LEBOEUF"); DEUTSCHE BANK AG; IRA AKSELROD, ESQ.; PROSKAUER ROSE LLC (THE "PROSKAUER DEFENDANTS");    :<br>R. J. RUBLE, ESQ.; and SIDLEY AUSTIN BROWN & WOOD LLC<br><br>                Defendants. | Case No. 3:15-cv-00162<br><br>PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Date: April 16, 2015<br><br>Time: 1:30 PM<br><br>Place: Courtroom F, 15th Floor, 450 Golden Gate Avenue<br><br>Judge: Hon. Jacqueline S. Corley<br><br>**PLAINTIFF LARRY AUSTIN IS SIMULTANEOUSLY FILING A SEPARATE REQUEST TO APPEAR BY TELEPHONE, WITH HIS ATTORNEY JAMES BRADEN APPEARING IN PERSON** |

1

**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT**

Plaintiffs have not yet served any defendant in this case. Plaintiffs request a stay or continuance of at least 180 days in order to assess developments in the related cases that are described below, before deciding whether to serve the defendants here or else dismiss this case.

The Complaint here in the Northern District of California is substantially the same as the Complaint filed on the same date, January 12, 2015, in the U.S. District Court for the Eastern District of Virginia, as Case No. 1:15-cv-00049-TSB-TCB. Both cases were filed in order to protect and preserve Plaintiffs' claims for Tens or Hundreds of Millions of Dollars in Damages for Legal Malpractice and Fraud against the attorney Defendants.

Those claims were originally filed in the New York State Court for New York County (Manhattan) on March 13, 2014 as Case No. 650817-2014. The primary defendant in that New York case is the Dewey LeBoeuf Liquidation Trust which controls the affairs and assets of the former Dewey LeBoeuf law firm in Bankruptcy.

The Dewey Liquidation Trust gave Plaintiff Larry Austin and his partner Roy Hahn the right, which was given to no other claimant on any matter against the Dewey law firm, to have the Bankruptcy stay lifted so that Dewey's legal malpractice carrier could effectively be sued in the New York State Court. Other law firms were joined as defendants along with the Dewey Liquidation Trust.

Defendant law firms in New York have moved for dismissal and summary judgment based primarily on particular statute of limitations ("SoL") grounds that we believe are unique to New York, under its statutory and case law, and do not pertain in either Virginia or California. Larry Austin and his New York attorney have guarded optimism that they will prevail against that defense. But it is understood that there are plausible arguments on both sides.

2

PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT

Plaintiff Austin had hoped that the New York SoL issue would have been decided before the last day arrived, as we calculate under California SoL law, for suit to be filed here in California.  But when that did not occur, we determined that it was essential to file here in order to preserve at least some part of the claims if the suit in New York is dismissed on New York SoL grounds.

We believe, among other things, that January 12, 2015 was the last day to sue for Fraud in California under California law because the fraud SoL, which is three years, may have accrued as early as January 12, 2012 when IRS surprised plaintiffs by assessing them many millions in tax penalties due to what plaintiffs contend was the defendant lawyers' negligence and fraud.

The timing and future development, if any, of the case here also is directly linked to very active litigation that is ongoing in the United States Tax Court and the 4th Circuit Court of Appeals concerning the underlying issues of substantive taxation law as to which the Defendants in the case here, and in the New York and Virginia cases, committed Malpractice. The Tax Court case is "Larry Austin v. Commissioner of Internal Revenue," No. 28303-09, and the 4th Circuit appeal in that case is "Larry Austin v. Commissioner of Internal Revenue, No. 15-1229.

To the extent that Plaintiff Austin and his partner Roy Hahn are able to mitigate, or even entirely defeat, the claims of the United States Internal Revenue Service, notwithstanding the defendant lawyers' malpractice, that would moot, at least in part and possible in the entirety, the malpractice and fraud claims against the defendant lawyers herein and in the Virginia and New York cases.

3
**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT**

Accordingly, we request that the case here by stayed, or at least further action be postponed, for 180 days. The further action to be postponed would include, without limitation, service of process on any defendant.

Dated: April 10, 2015.

Respectfully submitted,

LAW OFFICES OF JAMES M. BRADEN

By: __/s/_ James Braden_____

James M. Braden
Attorney for Plaintiffs

4

**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT**