JAMES M. BRADEN (SBN 102397)
LAW OFFICES OF JAMES M. BRADEN
44 MONTGOMERY STREET, SUITE 1210
SAN FRANCISCO, CA  94104

TELEPHONE: (415) 398-6865
FACSIMILE:  (415) 788-5605
EMAIL:         braden@sf-lawyer.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. AUSTIN, an individual; FURAMA LOS ANGELES, INC., a California corporation; and DRAGON CHARM, a Delaware Limited Liability Company,<br><br>                        Plaintiffs,<br>v.<br><br>GRAHAM TAYLOR, ESQ.; DEWEY LEBOEUF LIQUIDATING TRUST,: AS SUCCESSOR TO DEWEY LEBOEUF, (AS SUCCESSOR TO LEBOEUF LAMB, TOGETHER WITH ALL PARTNERS OF SAID LAW FIRM (AND ASSOCIATES) (COLLECTIVELY "LEBOEUF"); DEUTSCHE BANK AG; IRA AKSELROD, ESQ.; PROSKAUER ROSE LLC (THE "PROSKAUER DEFENDANTS");           :<br>R. J. RUBLE, ESQ.; and SIDLEY AUSTIN BROWN & WOOD LLC<br><br>                        Defendants. | Case No. 3:15-cv-00162<br><br>PLAINTIFF LARRY AUSTIN'S REQUEST TO APPEAR BY TELEPHONE, WITH HIS ATTORNEY APPEARING IN PERSON, AT CASE MANAGEMENT CONFERENCE<br><br><br>Date: April 16, 2015<br><br>Time: 1:30 PM<br><br>Place: Courtroom F, 15th Floor, 450 Golden           Gate Avenue<br><br>Judge: Hon. Jacqueline S. Corley |

1

**PLAINTIFF LARRY AUSTIN'S REQUEST TO
APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**

Plaintiff Larry Austin hereby requests permission to appear by telephone at the above-titled Case Management Conference.

Plaintiff Austin's attorney, James Braden, will be appearing in person in the Courtroom. If Austin were located in Northern California, he certainly would also appear in person in the Courtroom. However, his location in Virginia makes it impractical for him to appear in person.

Because of the number, nature, and complexity of the several related cases involving Austin that are mentioned in Plaintiffs' Case Management Conference Statement, on which attorney James Braden is not representing Austin, and on which Austin is far more knowledgeable than Braden, Plaintiff Austin and attorney Braden believe that Austin's presence by telephone may be very useful, and indeed essential.

Austin, an attorney himself, has been involved in the issues and disputes being litigated in those cases (and in the instant case) for 15 years, and is ready, willing, and able to address any questions or concerns the Court may wish to pose at the Case Management Conference.

Dated: April 10, 2015.					Respectfully submitted,

							LAW OFFICES OF JAMES M. BRADEN

							By:__/s/_ James Braden_____

							James M. Braden
							Attorney for Plaintiffs

PLAINTIFF LARRY AUSTIN'S REQUEST TO
APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE