UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J AUSTIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GRAHAM TAYLOR, et al.,<br><br>    Defendants. | Case No. 15-cv-00162-JSC<br><br>**ORDER EXTENDING DEADLINE TO SERVE DEFENDANTS** |

The Court hereby grants Plaintiffs a 90-day extension of time to serve Defendants with the Summons and Complaint in accordance with Federal Rule of Civil Procedure 4(m) provided that Plaintiffs provide Defendants with notice of this action.

A further Case Management Conference is scheduled for September 10, 2015 at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California. An updated Case Management Conference Statement is due September 3, 2015.

**IT IS SO ORDERED.**

Dated: April 20, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge