JAMES M. BRADEN (SBN 102397)
LAW OFFICES OF JAMES M. BRADEN
44 MONTGOMERY STREET, SUITE 1210
SAN FRANCISCO, CA  94104

TELEPHONE: (415) 398-6865
FACSIMILE:  (415) 788-5605
EMAIL:  braden@sf-lawyer.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. AUSTIN, an individual; FURAMA LOS ANGELES, INC., a California corporation; and DRAGON CHARM, a Delaware Limited Liability Company,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GRAHAM TAYLOR, ESQ.; DEWEY LEBOEUF LIQUIDATING TRUST,: AS SUCCESSOR TO DEWEY LEBOEUF, (AS SUCCESSOR TO LEBOEUF LAMB, TOGETHER WITH ALL PARTNERS OF SAID LAW FIRM (AND ASSOCIATES) (COLLECTIVELY "LEBOEUF"); DEUTSCHE BANK AG; IRA AKSELROD, ESQ.; PROSKAUER ROSE LLC (THE "PROSKAUER DEFENDANTS");         : R. J. RUBLE, ESQ.; and SIDLEY AUSTIN BROWN & WOOD LLC<br><br>　　　　　　　　　Defendants. | Case No. 3:15-cv-00162<br><br>PLAINTIFFS' APPLICATION FOR FURTHER EXTENSION TO TIME TO SERVE PROCESS ON THE DEFENDANTS<br><br>Date: Ex Parte<br><br>Time: Ex Parte<br>Place: Courtroom F, 15th Floor, 450 Golden Gate Avenue<br><br>Judge: Hon. Jacqueline S. Corley |

1

**PLAINTIFFS' APPLICATION FOR FURTHER
EXTENSION OF TIME FOR SERVICE OF PROCESS**

On April 16, 2015, at the initial Case Management Conference in this matter, the Court granted Plaintiffs' request for an extension of time to serve process on the Defendants herein. Time was extended by 90 days, i.e. until tomorrow, July 15, 2015.

Unfortunately, the conditions beyond our control that caused us to reasonably request additional time have not been ameliorated in any way by the passage of this amount of time. None of the Court proceedings in other jurisdictions, which we described in detail in our Case Management Statement of April 10, 2015, have been resolved.

Most important, and most distressing, the New York State Court still has not ruled on the crucial Statute of Limitations issue that could be dispositive of Plaintiffs' tax malpractice claims in that jurisdiction, although not here or in Virginia.  The Defendants' Motions for Summary Judgment on that ground were fully briefed way back in October 2014.  It is indeed remarkable, and unknown in our California practice, whether State or Federal, for such fully briefed Motions to remain undecided for nine whole months!

As we explained previously, if the New York State Court permits the case to go forward there, thus rejecting the Defendants' interpretation of that State's Statute of Limitation on Legal Malpractice claims, then the probability is high that we will voluntarily dismiss the case pending in this Court.  We have no desire for any duplicative litigation.  However, if the New York State Court dismisses the case there, then we will have no choice but to proceed here.

The logical and sensible course, which is in the best interest of all parties and of this Court, is to avoid forcing us to proceed with service of process and other big steps in the case here until we finally can obtain a ruling from the New York State Court.

**PLAINTIFFS' APPLICATION FOR FURTHER
EXTENSION OF TIME FOR SERVICE OF PROCESS**

Accordingly, we request a further extension of at least 90 days in order to serve process on the Defendants herein.

Dated: July 14, 2015.

Respectfully submitted,

LAW OFFICES OF JAMES M. BRADEN

By: __/s/_ James Braden_____

James M. Braden
Attorney for Plaintiffs

**PLAINTIFFS' APPLICATION FOR FURTHER
EXTENSION OF TIME FOR SERVICE OF PROCESS**