1

2

3

4                           UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    LARRY J AUSTIN, et al.,                      Case No.  15-cv-00162-JSC
                        Plaintiffs,
8
          v.                                      **ORDER RE: SERVICE OF FIRST
9                                                 AMENDED COMPLAINT**
     GRAHAM TAYLOR, et al.,
10
                        Defendants.
11

12

13        The Court has previously granted Plaintiffs two extensions of time to serve the complaint

14   in this action.  At the Case Management Conference on September 10, 2015, the Court declined to

15   grant Plaintiffs a further extension of time for service and ordered Plaintiffs to serve Defendants

16   by October 13, 2015.  Plaintiffs' counsel represented that he intends to file an amended complaint

17   shortly.  Accordingly, Plaintiffs are order to serve Defendants with the First Amended Complaint

18   by October 13, 2015.

19        A further Case Management Conference is set for January 21, 2016 at 1:30 p.m. in

20   Courtroom F, 450 Golden Gate Ave., San Francisco, California.  A Joint Case Management

21   Conference Statement is due January 14, 2016.

22

23        **IT IS SO ORDERED.**

24   Dated: September 11, 2015

25

26

27                                                JACQUELINE SCOTT CORLEY
                                                  United States Magistrate Judge
28

United States District Court
Northern District of California